**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00341-CR**
_____

**MICHAEL WAYNE OUTLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 15-21662**

**ORDER**

Appointed counsel of record for Michael Wayne Outley filed a motion to withdraw. Counsel contends that recent events in the representation have created a conflict of interest.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for the purpose of determining whether appointed counsel should be permitted to withdraw and, if so, appointing new counsel to represent the appellant. All appellate timetables are suspended pending resolution of this matter in the trial court. A supplemental clerk's record containing any

1

orders and findings made by the trial court pursuant to this Order, together with a reporter's record if a hearing is conducted by the trial court, shall be filed with the Court of Appeals by December 14, 2015.

ORDER ENTERED November 12, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.